UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATE CALVIN, JOHN NELSON,
CHARLES J. PARRISH, LONNIE GRIFFIN
and CONCERNED UNITED PEOPLE,

    Plaintiffs,

vs.                 CASE NO.: 4:15-CV-00131-MW-CAS

JEFFERSON COUNTY BOARD OF
COMMISSIONERS, JEFFERSON COUNTY
SCHOOL BOARD and MARTY BISHOP,
SUPERVISOR OF ELECTIONS, in his official
capacity,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING DOCUMENTS IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

    Defendants, Jefferson County Board of Commissioners, Jefferson County School Board and Marty Bishop, in his official capacity as Supervisor of Elections for Jefferson County, Florida, hereby file with this Notice of Filing the documents listed below in connection with the Court's consideration of Defendants' Supplemental Brief in Support of Defendants' Joint Motion for Summary Judgment and in Opposition to Plaintiffs' Cross-Motion for Summary Judgment, dated February 12, 2016.

1. Affidavit of Parrish Barwick, dated January 22, 2016

2. Affidavit of Hines Boyd, dated January 25, 2016

3. Affidavit of Mark Matthews, dated January 21, 2016

4. Excerpts from Deposition of Hines Boyd dated January 26, 2016

5. Excerpts from Deposition of Al Cooksey dated January 25, 2016, with accompanying Exhibit 1

6. Excerpts from Deposition of Chris Hodgson, dated January 25, 2016, with accompanying Exhibits 1 and 2

7. Excerpts from Deposition of Lonnie Griffin, dated January 25, 2016

8. Excerpts from Deposition of John Nelson, dated January 25, 2016

9. Excerpts from Deposition of Shirley Washington dated January 25, 2016, with accompanying Composite Exhibit 3

10. Defendant Jefferson County School Board's Response to Plaintiffs' Second Request for Admission and Third Request for Production dated January 21, 2016

Respectfully submitted,

| | |
|---|---|
| / s / Gerald B. Curington | / s / Linda Bond Edwards |
| GERALD B. CURINGTON | LINDA BOND EDWARDS |
| Florida Bar No. 224170 | Florida Bar No. 0057282 |
| AUSLEY McMULLEN, P.A. | BRIAN L. HAYDEN |
| P.O. Box 391 (32302) | Florida Bar No. 058987 |
| 123 S. Calhoun Street | RUMBERGER, KIRK & CALDWELL |
| Tallahassee, FL 32301 | A Professional Association |
| Telephone: (850) 425-5342 | 215 South Monroe Street, Suite 702 |
| Telecopier: (850) 222-7560 | Post Office Box 10507 |
| Email: jcurington@ausley.com | Tallahassee, Florida 32302-2507 |
| Attorneys for Defendant Jefferson County School Board | Telephone: (850) 222-6550 |
| | Telecopier: (850) 222-8783 |
| | E-mail: ledwards@rumberger.com |
| | bhayden@rumberger.com |
| | Attorneys for Defendants Jefferson County Board of Commissioners and Bishop |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Nancy G. Abudu** at nabudu@aclufl.org; **Shalini Goel Agarwal** at sagarwal@aclufl.org**; Randall C. Berg, Jr.,** at rberg@FloridaJusticeInstitute.org**; Dante P. Trevisani** at dtrevisani@FloridaJusticeInstitute.org and **Gerald B. Curington** at jcurington@ausley.com.

    / s / Linda Bond Edwards
LINDA BOND EDWARDS
Florida Bar No. 0057282
BRIAN L. HAYDEN
Florida Bar No. 058987
RUMBERGER, KIRK & CALDWELL
A Professional Association
215 South Monroe Street, Suite 702
Post Office Box 10507
Tallahassee, Florida 32302-2507
Telephone: (850) 222-6550
Telecopier: (850) 222-8783
E-mail: ledwards@rumberger.com
        bhayden@rumberger.com
Attorneys for Defendants Board and Bishop